David C. Parisi (162248)
Suzanne Havens Beckman (188814)
PARISI & HAVENS LLP
15233 Valleyheart Drive
Sherman Oaks, California 91403
(818) 990-1299 (telephone)
(818) 501-7852 (facsimile)
dcparisi@parisihavens.com
shavens@parisihavens.com

Ethan Preston (263295)
PRESTON LAW OFFICES
21001 North Tatum Boulevard, Suite 1630-430
Phoenix, Arizona 85050
(480) 269-9540 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

*Attorneys for Plaintiff Jesse Meyer, on his own behalf, and behalf of all others similarly situated*

# IN THE UNITED STATES DISTRICT COURT FOR

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company, and DOES 1-100, inclusive,<br><br>Defendants. | No. 11-cv-01008-AJB-RBB<br><br>Hon. Anthony J. Battaglia<br><br>**DECLARATION OF ETHAN PRESTON**<br><br>Date:         June 23, 2011<br>Time:         1:30 p.m.<br>Location:  Courtroom 12, Second Floor<br>                 Edward J. Schwartz Courthouse<br>                 940 Front Street<br>                 San Diego, California 92101-8900 |

1.        My name is Ethan Preston. I am an attorney at law licensed to practice before all of the courts of the State of California. I am counsel of record for Plaintiff Jesse Meyer ("Meyer"), and have personal knowledge of all of the facts set forth in this declaration.

2.        Attached to this declaration as Exhibit 1 is a true and correct excerpt of the Securities Exchange Commission Form 10-K of Portfolio Recovery Associates, Inc., dated February 25, 2011. Portfolio Recovery Associates, Inc. is the parent company of Defendant Portfolio Recovery Associates, LLC ("PRA"). Exhibit 1 excerpts the portions of this Form 10-K which are relevant to Meyer's Motion for Preliminary Injunction. The Form 10-K provides

information about PRA's use of skip-tracing:

> If a collector is unable to establish contact with a customer . . . , the collector must undertake skip tracing procedures to develop important account information. **Skip tracing is the process of developing new phone** . . . **information on a customer**, or verifying the accuracy of such information. Each collector does his or her own skip tracing using a number of computer applications available at his or her workstation, a process which is significantly supplemented by a series of automated skip tracing procedures implemented by us on a regular basis.

(Ex. 1 11.) The Form 10-K provides information about PRA's use of predictive dialers:

> *Predictive Dialer Technology*
> The Avaya Proactive Contact Dialer enables our collection staff to focus on certain defaulted consumer receivables according to our specifications. Its predictive technology takes into account all collection campaign and dialing parameters and is able to automatically adjust its dialing pace to match changes in campaign conditions and provide the lowest possible wait times and abandon rates, with the highest volume of outbound calls.

(Ex. 1 at 14.) Finally, the Form 10-K states that "In the process of collecting accounts, we use automated predictive dialers and pre-recorded messages to communicate with our consumers. [The TCPA] and similar state laws place certain restrictions on telemarketers and users of automated dialing equipment and pre-recorded messages who place telephone calls to consumers." (Ex. 1 at 16.)

      3.     Attached to this declaration as Exhibit 2 is a true and correct excerpt of PRA's responses to Meyer's First Set of Special Interrogatories, except that Meyer has redacted his telephone number so it is not filed in the public record. PRA's responses to Meyer's Special Interrogatory Nos. 1 to 4 state that PRA called Meyer's cellular telephone on September 1, 2010, November 4, 2010, December 14, 2010, and January 4, 2011 using an "Avaya Proactive Contact Dialer" (with an FCC registration number of AVIUSA-2801-MA-T). Meyer's Special Interrogatory No. 9 asked PRA to "[s]tate the number of calls PRA has made to CALIFORNIA RESIDENT'S SKIP-TRACED TELEPHONE NUMBERS since January 4, 2007." PRA's response states in relevant part:

> PRA refers Plaintiff to a document produced in response to Request for Production of Documents Number 1 from which PRA can ascertain the following information: (1) the telephone number called, (2) whether PRA has a record of the number being skip-traced, and (3) whether the telephone number has a California area code. PRA cannot verify whether these telephone numbers belong to California residents, but rather only that these individuals have a cell phone with a

California area code and that the number was obtained through skip tracing. (Ex. 2 at 7.) PRA produced the foregoing document to Meyer on April 1, 2011 as PRAJM0001300 (the "Document"). The Document consists of a list of 613,797 telephone numbers. (Meyer's number is the 491,446th telephone number listed in the Document.) Through a series of emails dated April 12, April 15, and April 18, PRA's counsel confirmed that the telephone numbers listed in the Document are (1) cellular telephone numbers with a California area code; (2) which PRA obtained via skip-tracing; and (3) which PRA called between January 1, 2007 to March 31, 2011. The Document is not attached to this declaration because PRA designated them as confidential under the stipulated protective order entered by the Superior Court of the County of San Diego.

4.       Attached to this declaration as Exhibit 3 is a true and correct excerpt of PRA's responses to Meyer's First Set of Requests for Admission. PRA's responses to Meyer's Requests for Admission Nos. 12 to 23 admit that (1) PRA called Meyer's cellular telephone number on September 1, 2010, November 4, 2010, December 14, 2010, and January 4, 2011; (2) PRA used an electronic device to dial Meyer's telephone number; and (3) none of PRA's employees or agents manually dialed Meyer's telephone number. PRA's responses to Meyer's Requests for Admission Nos. 24 to 27 admit the devices used to dial Meyer's cellular telephone number on September 1, 2010, November 4, 2010, December 14, 2010, and January 4, 2011 are "capable of storing more than two telephone numbers." PRA's responses to Meyer's Requests for Admission No. 31 admits that "PRA has called more than 400 California residents using a telephone number that PRA did not obtain either from a creditor or from the person that uses that cellular telephone number."

5.       PRA has produced an account representative training manual that provides PRA employees on instructions how to use the Avaya Dialer. These instructions are found on pages Bates-stamped PRAJM0001497 to PRAJM0001506. PRA has produced a Do Not Call policy provided to its account representatives which instructs PRA's representatives to require alleged debtors to mail a written request to PRA's headquarters if the alleged debtors do not wish to be called on their cellular telephone number. This policy is found on the page Bates-stamped

1    PRAJM0000003. The foregoing pages are not attached to this declaration because PRA

2    designated them as confidential under the stipulated protective order entered by the Superior

3    Court of the County of San Diego.

4        6.      PRA has also produced a user manual for the Avaya Proactive Contact Dialer.

5    The table of contents for this manual is Bates-stamped PRAJM000274 to PRAJM000292 and

6    attached hereto as Exhibit 5.  On the page Bates-stamped PRAJM0000303 to PRAJM0000304,

7    also attached hereto as Exhibit 5, the user manual indicates that the Avaya Proactive Contact

8    Dialer can import lists of numbers contained within a computer file.

9        7.      I have several years experience representing consumers and small businesses in

10   class actions, focusing on unfair trade practices and mass market technology. I was appointed co-

11   lead counsel in *Lofton v. Bank of Am. Corp.*, No. 07-05892 (N.D. Cal. Nov. 5, 2008). Prior to

12   forming Preston Law Offices, I was a partner at KamberEdelson, LLC, a class action law firm

13   with offices in Chicago and New York. I received my undergraduate degree from the Plan II

14   program at the University of Texas at Austin with honors, and his law degree from the

15   Georgetown University Law Center with distinction. I am an active member of the bar in

16   Arizona and California (and an inactive member of the Illinois and New Mexico bars), and am

17   also admitted to practice in federal courts in the District of Arizona, the Northern District of

18   California, the Central District of California, the Southern District of California, the Northern

19   District of Illinois, the District of New Mexico, the Court of Appeals for the Ninth Circuit, and

20   the Court of Appeals for the Seventh Circuit. I am an author or co-author of the following

21   publications: *Cross-Border Collaboration by Class Counsel in the U.S. and Ontario*, 4 Canadian

22   Class Action Rev. 164 (2007), *The Global Rise of a Duty to Disclose Information Security

23   Breaches*, 22 J. Marshall J. Computer & Info. L. 457 (2004) (with Paul Turner), *Computer

24   Security Publications: Information Economics, Shifting Liability and the First Amendment*, 24

25   Whittier L. Rev. 71 (2002) (with John Lofton), and *The USA PATRIOT Act: New Adventures in

26   American Extraterritoriality*, 10 J. Fin. Crime 104 (2002). A true and correct copy of the Parisi

27   & Havens LLP firm resume is attached to this Declaration as Exhibit 4.

28

8.     Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 16, 2011                                        _____s/Ethan Preston_____
                                                           Ethan Preston


**Certification regarding signature:**  I hereby attest that the signatory to this document has approved its content.

                                                           By:___s/David C. Parisi___
                                                           Email:  dcparisi@parisihavens.com