ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

Edward D. Lodgen, Bar No. 155168
Julia V. Lee, Bar No. 252417
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone:	310-552-0130
Facsimile:	310-229-5800

Christopher W. Madel
MN Reg. No. 230297 (*pro hac vice*)
Jennifer M. Robbins
MN Reg. No. 387745 (*pro hac vice*)
800 LaSalle Avenue
2800 LaSalle Plaza
Minneapolis, MN 55402-2015
Telephone:	612-349-8500
Facsimile:	612-339-4181

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC, a Delaware limited liability company, and DOES 1-100, inclusive<br><br>　　　　　　　　Defendant. | No. 3:11-cv-01008-AJB-RBB<br><br>**DECLARATION OF JOSHUA CHERKASLY** |

Pursuant to 28 U.S.C. § 1746, Joshua Cherkasly hereby declares as follows:

**I. SUMMARY**

1.　　In this declaration, I describe how Portfolio Recovery Associates, LLC's ("PRA") dialers do not have, and never have had, the functionality or capacity to generate or create

telephone numbers using a random or sequential number generator, and therefore, PRA's dialers do not have the capacity to produce or store such numbers.

## II.     MY BACKGROUND

2.      I am the Assistant Vice President of Production at Portfolio Recovery Associates, LLC ("PRA") and have been in this position since January 2009.

3.      Prior to becoming an employee at PRA, I worked as an Applications Programmer for Alliance Data, a company headquartered in Dallas, Texas. My professional experience includes: supporting Avaya PDS/PC implementations; designing, coding, testing, and implementing enhancements on Avaya PDS/PC applications and related internal applications; implementing and troubleshooting telephony circuits and network connectivity issues; administering and developing SQL Server 2000/2005/2008 Databases; supporting Oracle 8i/9i Databases; developing ad-hoc and custom reporting for collection departments, supporting applications and working with mainframe DB2 data; and, managing staff responsible for day-to-day operation and support of four Avaya PC systems.

4.      I am proficient in several programming languages, including shell scripting, Visual Basic scripting and T-SQL programming and I have received certifications for Witness, Kana, and Nice applications. As an employee for PRA, I work on-site and I program and support PRA's Avaya dialers. I also support PRA's Windows Server Operating systems for their call-recording platform, and I also support and administer their call-recording technology as well as its Microsoft SQL Servers. I have also supported Davox and Ontario Systems dialers in my career. Until September 2010, PRA used one Ontario dialer in limited circumstances. Paragraphs 8 through 16 of this Declaration apply equally to the Ontario dialer as the paragraphs relate to the functionality and capacity of its dialers.

5.      I have over 10 years of experience working with Avaya dialers that are identical, or substantially similar to, the ones currently owned and operated by PRA. I also have earned the Avaya Enterprise Support Partner certification related to the function and use of Avaya dialers.

Additionally, I have attended the Avaya end user training for Avaya dialers, which was a five-day course at Highlands Ranch, Colorado.

### III. PRA'S DIALERS

#### A. PRA's Avaya Dialers

6. PRA owns four Avaya Proactive Contact dialers. PRA does not operate or use any other dialers.

7. PRA's dialers consist of an Avaya server that utilizes a Linux operating system. PRA's dialers use Red Hat Enterprise Linux ES release 4. The version of the Linux Operating System is a custom build for Avaya dialers. PRA's dialers also include a switch, Proactive Gateway 230 (PG230) that facilitates the connections to inbound calls, outbound calls, transfers and agent connections. The server, the switch, and the Linux operating system make up what constitutes PRA's dialers.

#### B. PRA's Dialers Do Not Have The Capacity To Produce Or Store Telephone Numbers Using A Random Or Sequential Number Generator.

8. PRA's dialers do not have the capacity to produce or store telephone numbers using a random or sequential number generator. In fact, PRA's dialers have never had this functionality or capacity. Put another way, PRA's dialers do not use any random or sequential number generator, and they never have done so.

#### C. PRA's Dialers Would Have To Be Modified And Reprogrammed In Order To Provide Them With The Capacity To Produce Or Store Telephone Numbers Produced With A Random Or Sequential Number Generator.

9. In order to dial phone numbers using a random or sequential number generator, PRA would have to change the current programming of its dialers. PRA's dialers are currently set to dial only phone numbers that are contained within a list created by PRA's collection system, which is called "PRAnet." These lists contain only the phone numbers associated with the accounts that PRA owns.

10. If PRA desired to dial telephone numbers stored or produced with a random or sequential number generator on its dialers, it would have to do the following:

    a. PRA would need to create a list of random or sequential numbers. PRA does not possess such a list. Indeed, PRA only possesses lists of specific phone numbers associated with debtors' accounts.

    b. Assuming that PRA did possess a list of random or sequential telephone numbers, PRA would then have to engage one or more computer programmers to write code to automatically import that list into its dialers or electronically transfer the list to the dialers.

    c. Next, PRA would have to have its computer programmer(s) reprogram the dialers across a variety of settings. For example, all of the configuration files that are currently in place to process the accounts that PRA receives would have to be recreated to accommodate a new list. This reprogramming process would take approximately 160 computer-programming hours, or put another way, up to 30 days worth of work by me or some other Avaya-certified programmer.

11. As is addressed below, it would make no sense for PRA to use a random or sequential number generator, let alone spend the thousands of dollars to reprogram its dialers to create such a generator. PRA is in the business of contacting debtors to work with them to pay their past-due debts. It simply makes no sense for PRA to store or produce telephone numbers randomly or sequentially to collect debts, as the vast majority of such calls would be made to U.S. citizens who would not owe any debt to PRA.

### IV. PRA DOES NOT USE ANY OF ITS DIALERS TO STORE OR PRODUCE TELEPHONE NUMBERS RANDOMLY OR SEQUENTIALLY.

12. Instead of dialing telephone numbers stored or produced with a random or sequential number generator, PRA operates and uses its dialers strategically to target debtors that have a higher likelihood of paying their past-due debts. The telephone numbers are provided to

the PRA agent as part of a sophisticated, custom-made computer program that strategically identifies accounts that have an increased likelihood of being collected.

13. Specifically, when PRA's agents use the Avaya dialers, the dialer delivers each agent certain telephone numbers from a file that is received from the PRAnet collection system that identifies accounts that have an increased likelihood of being collected, that is processed into a calling list on the dialer. These telephone numbers are not, and never have been, provided to the PRA agent using a random or sequential number generator.

14. In addition to strategically identifying accounts that have an increased likelihood of being collected, the computer program that works with PRAnet also contains a function that monitors various factors with the call to ensure compliance with various state and city regulations. For example, certain states only allow a limited amount of attempts to the debtor per week; the program takes these rules and regulations into consideration.

15. After PRA strategically identifies accounts that have an increased likelihood of being collected and other business rules to assure compliance, the telephone numbers associated with the account are entered into a computer file and transmitted to the dialer. The Avaya dialer refers to this computer file as a "calling list." The dialer processes the calling lists and prepares them for dialing by ensuring that PRA calls the phone numbers in the legally allowed time frames. Once the calling lists are processed, the records associated with the numbers in the calling lists are placed into a "job."

16. When a PRA agent begins calling debtors, the PRA agent is electronically provided access to one of the jobs that have been previously created based on the set criteria discussed in the paragraph above. The accounts within these jobs are called by the agents when they contact debtors about paying their debts. These telephone calls are not, and never have been, produced using a random or sequential number generator. Indeed, PRA's agents do not even call debtors in sequential order. In fact, PRA goes to great lengths to call debtors at particular times of the day rather than in sequential order to comply with federal laws and to maximize the chances that PRA will be able to reach the debtor and collect the applicable debt.

## V. MANY COMPUTERS, IF PROPERLY PROGRAMMED, COULD STORE OR PRODUCE AND DIAL TELEPHONE NUMBERS RANDOMLY OR SEQUENTIALLY.

17. A computer program could be written on many forms of current technology to generate or store, and dial, telephone numbers randomly or sequentially. Indeed, you could theoretically write such a program to run on a Windows PC or Windows Server, Playstation gaming console, and on a smart phone such as an iPhone or BlackBerry.

18. In other words, a competent computer programmer could write computer code that would allow something as basic as a personal electronic device to store or produce telephone numbers using a random or sequential number generator. While I could perhaps understand why some mass marketer or individual may want to do this for advertising, it makes no sense for PRA's business to do so.

19. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Norfolk, Virginia, this 31 day of May, 2011.

_____
Joshua Cherkasly

82222840.1