**MADEL PA**
Christopher W. Madel, MN Reg. No. 230297
Jennifer M. Robbins, MN Reg. No. 387745
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55403
Telephone: 612-605-0630
cmadel@madellaw.com
jrobbins@madellaw.com

*Attorneys for Defendant Portfolio Recovery Associates, LLC*

# U.S. DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE MEYER, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>Defendant. | Case No.: 3:11-CV-01008-JAH-BGS<br><br>**JOINT MOTION TO DISMISS ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to *Jesse Meyer, an individual, on his own behalf and on behalf of all others similarly situated v. Portfolio Recovery Associates, LLC*, 3:11-CV-01008-JAH-BGS ("the *Meyer* action"), namely Plaintiff Jesse Meyer and Defendant Portfolio Recovery Associates, LLC, through their respective counsel, that the *Meyer* action, including all claims and counterclaims that were or might have been asserted in the *Meyer* action, may be and hereby are dismissed, pursuant to Federal Rule of Civil

Procedure 41(a)(1)(A)(ii), with prejudice and with each party to bear its own costs and attorneys' fees.

The parties to the *Meyer* action respectfully request the Court to terminate the *Meyer* action by valid order pursuant to this Joint Motion to Dismiss with Prejudice, vacate any pending deadlines or hearings in the *Meyer* action, and to direct the Clerk of this Court to transmit a copy of the same to the Clerk of the United States Judicial Panel on Multidistrict Litigation. *See* J.P.M.L. Rule 10.1 ("Where the transferee district court terminates an action by valid order, including but not limited to summary judgment, judgment of dismissal and judgment upon stipulation, the transferee district court clerk shall transmit a copy of that order to the Clerk of the Panel. The terminated action shall not be remanded to the transferor court and the transferee court shall retain the original files and records unless the transferee judge or the Panel directs otherwise.").

DATED: January 8, 2024                **MADEL PA**

By: *s/ Jennifer M. Robbins*
    Christopher W. Madel (230297)
    Jennifer M. Robbins (0387745)
    800 Pence Building
    800 Hennepin Avenue
    Minneapolis, MN  55403
    Telephone: 612-605-0630
    cmadel@madellaw.com
    jrobbins@madellaw.com

**Attorneys for Defendant**

1
2
3    DATED: <u>January 8, 2024</u>
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PRESTON LAW OFFICES**

/s/   <u>*Ethan Preston*</u>
Ethan Preston (263295)
4054 McKinney Avenue
Suite 310
Dallas, TX 75204
(972) 564-8340 (telephone)
(866) 509-1197 (facsimile)
ep@eplaw.us

**Attorney for Plaintiff**

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I, Jennifer M. Robbins, counsel for Defendants, hereby certify that service of the foregoing JOINT MOTION TO DISMISS WITH PREJUDICE AND PROPOSED ORDER was filed electronically and sent via e-mail through the CM/ECF system to the following:

Ethan Mark Preston

ep@eplaw.us

David C. Parisi

dcparisi@parisihavens.com

Suzanne Havens Beckman

shavens@parisihavens.com

Christopher W. Madel

cmadel@madellaw.com

DATED:  January 8, 2024          **MADEL PA**

                                             By: *s/ Jennifer M. Robbins*
                                                  Jennifer M. Robbins
                                                    800 Pence Building
                                                    800 Hennepin Avenue
                                                    Minneapolis, MN  55403
                                                    Telephone: 612-605-0630
                                                    jrobbins@madellaw.com

                                                    **Attorney for Defendant**